# MEMORANDUM DECISIONS

ALESSI et al. v. BOTTINI. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Charles Alessi and others against Providina Bottini. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ALJNUICK, Appellant, v. AMERICAN MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Alexander Aljnuick against the American Manufacturing Company. No opinion. Order unanimously affirmed, with costs.

ALTHAUSE v. TRIMBLE. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Walter Althause against Richard Trimble. No opinion. Application granted. Order signed. See, also, 143 N. Y. Supp. 1105.

ALTHAUSE v. TRIMBLE. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Walter Althause against Richard Trimble. With this case has been consolidated in this court cases bearing titles as follows: Walter Althause v. U. S. Steel Corporation; William Thiele v. U. S. Steel Corporation; Same v. Richard Trimble. No opinions. Orders for stay granted. Orders filed. See, also, 143 N. Y. Supp. 1105.

ALTHAUSE v. UNITED STATES STEEL CORPORATION. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Walter Althause against the United States Steel Corporation. No opinion. Application granted. Order signed.

AMERICAN TAXIMETER CO., Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the American Taximeter Company against the City of New York and others. C. Andrade, of New York City, for appellant. T. Farley, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ANDERSON v. ILLINOIS SURETY CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by William B. Anderson against the Illinois Surety Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 691, 142 N. Y. Supp. 719.

143 N.Y.S.—70

ANGEVINE, Respondent, v. ROSENWALD, Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Roth Angevine against Max Rosenwald. No opinion. Order reversed, without costs, and default opened, on payment of $50.

ARMSTRONG, Respondent, v. MINETTO–MERIDEN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 24, 1913.) Action by James D. Armstrong against the Minetto-Meriden Company. No opinion. Motion to amend order of reversal (157 App. Div. 943, 142 N. Y. Supp. 1106), so as to state that the reversal was made upon questions of law only, and that facts had been examined and no error found therein, denied, without costs.

ARNOLD v. SPRING et al. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by George S. Arnold against Rex Spring and others.

PER CURIAM. Judgment (135 N. Y. Supp. 314) reversed, and new trial granted, without costs of this appeal to either party. Held, that the judgment appealed from is erroneous in the following particulars: First, plaintiff is not entitled to a lien for the value of the undelivered stove wood; second, plaintiff's lien attaches to all the wood and logs remaining upon the plaintiff's lands, and is not limited to an undivided one-half thereof; third, plaintiff's lien is limited in amount to the value of said wood and logs, less the expense incurred by defendants in cutting and piling the same.

In re ASHLEY. (Supreme Court, Appellate Division, First Department. October 31, 1913.) In the matter of Sarah D. Ashley. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ATHERAS v. KEHAYA. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Aristo Atheras against Fry Kehaya. No opinion. Motion granted, with $10 costs. Order filed.

In re ATKINS. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) In the matter of John H. Atkins, an attorney. No opinion. Motion to conform report of referee granted, and respondent disbarred. See, also, 156 App. Div. 890, 141 N. Y. Supp. 1108.

ATWELL, Respondent, v. RABINOFF, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.)